UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                  Case No. 1:20–mj–50

v.                             Hon. Phillip J. Green

GRAND JURY WITNESS,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             February 10, 2020   11:30 AM
Magistrate Judge:   Phillip J. Green
Place/Location:      601 Federal Building, Grand Rapids, MI


                                              PHILLIP J. GREEN
                                              U.S. Magistrate Judge

Dated:  February 6, 2020        By:   /s/ Angie L. Doezema
                                                    Courtroom Deputy